UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---------------------------------------------------------x
EMILY DOMINGUEZ, MELINDA MILLER,
LAURIE GRAY, SALVATORE GRIPPI, KRISH1V,
LLC, CHERYL TRULL, JAMEY KIRCHNER,
ALISON FLECK, and IAMARA HOLENA,

          Plaintiffs,

          v.

CURVES INTERNATIONAL, INC., a Texas
corporation, and HOWARD GARY HEAVIN,

          Defendants.
---------------------------------------------------------x

Civ. Action No. 07-CV-0388 (KSH) (PS)

**ORDER ENLARGING TIME TO RESPOND TO THE COMPLAINT**

This matter coming before the court by way of letter dated May 2, 2007; and for good cause shown

**IT IS** on this 2nd day of May, 2007

**ORDERED** that Defendants' time to respond to the complaint is enlarged to May 17, 2007.

Patty Shwartz, U.S.M.J

A-6399_1.DOC